August 25, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

METROPOLITAN LIFE INSURANCE COMPANY AND METROPOLITAN TOWER LIFE INSURANCE COMPANY, Appellants

NO. 14-15-00584-CV            V.

STRUCTURED ASSET FUNDING, LLC D/B/A 123 LUMPSUM; ANDREW JONATHAN SETTLEMENT FUND, LLC; AND BRADLEY TURPIN, Appellees

_____

This cause, an appeal from a final order signed June 9, 2015 approving a transfer of structured settlement payment rights, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to tax all costs against Structured Asset Funding, LLC d/b/a 123 LumpSum.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellee Structured Asset Funding, LLC d/b/a 123 LumpSum to pay all costs incurred in this appeal.

We further order this decision certified below for observance.